IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the Use and Benefit of BOSCO )<br>CONSTRUCTION SERVICES, )<br>INC., a California corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL FIDELITY INSURANCE )<br>COMPANY, a New Jersey )<br>corporation, )<br>)<br>Defendant. )<br>_____ ) | 2:13-cv-00681-GEB-KJN<br><br>ORDER RE: SETTLEMENT AND<br>DISPOSITION |

Plaintiff filed a "Notice of Pending Settlement" on June 25, 2013, in which it states: "Plaintiff . . . hereby gives notice of a pending settlement of the above entitled action. A settlement agreement is currently being drafted for signature. It is anticipated that a dismissal of the case shall be on file with the Court within 45 days." (ECF No. 9.)

Therefore, a dispositional document shall be filed no later than August 9, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on July 8, 2013, is continued to commence at 9:00 a.m. on September 16, 2013, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  June 26, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2