IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of BOSCO CONSTRUCTION SERVICES, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation,<br><br>　　　　　Defendant.<br>_____ | 2:13-cv-00681-GEB-KJN<br><br>ORDER OF DISMISSAL |

　　　　Plaintiff filed a "Notice of Pending Settlement" on June 25, 2013, in which it stated, "Plaintiff . . . hereby gives notice of a pending settlement of the above entitled action. A settlement agreement is currently being drafted for signature. It is anticipated that a dismissal of the case shall be on file with the Court within 45 days." (ECF No. 9.) Therefore, an "Order Re: Settlement and Disposition" was filed on June 26, 2013, which directed the parties to file a dispositional document no later than August 9, 2013. (ECF No. 10.) The June 26, 2013 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

　　　　Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this

1

1  action, this action is dismissed without prejudice.

2        IT IS SO ORDERED.

3  Dated:  August 13, 2013

*[Signature]*
GARLAND E. BURRELL, JR.
Senior United States District Judge